## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

PHILLIP O'BRIANT

\*

433 DREW STREET

BALTIMORE, MARYLAND 21224

\*

(Full name, date of birth, identification #, address of petitioner)
**Plaintiff,**

**v.**

FLAVOR & FRAGRANCE SPECIALTIES (et. al.) \*

8800 KELSO DRIVE

ESSEX, MARYLAND 21221

\*

(Full name and address of respondent)
**Defendant(s).**

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

DEC 1 7 2018

AT _____
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Case No.: _18 CV 3903 ADC_
(Leave blank. To be filled in by Court.)

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

      YES ☐    NO ☑

   B. If you answered YES, describe that case(s) in the spaces below.

     1. Parties to the other case(s):

     Plaintiff: _____ N/A _____

     Defendant(s): _____ N/A _____

     2. Court (if a federal court name the district; if a state court name the city or county):

            N/A

3. Case No.: _____ N | A _____

4. Date filed: _____ N / A _____

5. Name of judge that handled the case: _____ N / A _____

6. Disposition (won, dismissed, still pending, on appeal): _____ N / A _____

7. Date of Disposition: _____ N / A _____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐   NO ☐

1. If you answered YES:

a. What was the result? _____ N / A _____

b. Did you appeal? _____

YES ☐   NO ☐

2. If you answered NO to either of the questions above, explain why: N / A

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

DEFENDANT'S DISCRIMINATED ON PLAINTIFF IN THE HIRING

PROCESS BASED ON HIS RACE. DEFENDANTS VIOLATED MARYLAND

EMPLOYMENT LAW (INDIVIDUAL HIRING) WHICH VIOLATES SECTION

1981. THE DISCRIMINATION HAPPENED FROM NOVEMBER 2014

— 12 JANUARY 2015

IV. Relief
(State briefly what you want the Court to do for you.)

PLAINTIFF IS SEEKING AN AWARD NOT LESS THAN 500,000.00

FOR COMPENSATORY, PUNITIVE, AND ATTORNEY'S FEES.

SIGNED THIS  13th  day of  DECEMBER , 2018 .

Signature of Plaintiff

PHILLIP O'BRIANT
Printed Name

433 DREW STREET
Address

(443) 314-2958
Telephone Number

obriantphil@gmail.com
Email Address